UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| INTERNATIONAL PAPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 2:06-CV-150 |
| | ) | |
| NALCO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The Parties hereby stipulate and agree that the above captioned action, including all claims, defenses, and affirmative defenses of any party, is dismissed, with prejudice and without costs.

Dated at Portland, Maine this 19th day of July, 2007.

/s/ James T. Kilbreth, Esq.
Attorney for International Paper
Verrill Dana, LLP
One Portland Square
Portland, ME 04112-0586
(207) 774-4000

/s/ Bradford A. Pattershall, Esq.
Attorney for Nalco Company
Petruccelli, Martin & Haddow, LLP
50 Monument Sq., P.O. Box 17555
Portland, ME 04112-8555
(207) 775-0200